RON U. LUNSKI (SBN 215531)
LUNSKI & STIMPERT LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
TEL: (415) 426-3525
FAX: (415) 426-3424
Email: ron@lunskilaw.com

Attorneys for Plaintiff Charles Olson

THOMAS P. GRIFFIN, JR. (SBN 155133)
HEFNER, STARK & MAROIS, LLP
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
TEL: (916) 925-6620
FAX: (916) 925-1127
Email: tgriffin@hsmlaw.com

Attorneys for Defendants Gary Atherton and Clear Creek Oaks, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES OLSON, <br><br> Plaintiff, <br><br> v. <br><br> GARY ATHERTON, CLEAR CREEK OAKS LLC, and DOES 1-10, et al., <br><br> Defendants. | Case No. 15-cv-03309 <br><br> **SECOND JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** <br><br> Date:  November 19, 2015 <br> Time:  11:00 am <br> Courtroom:  C |

The parties to the above-entitled action jointly submit this Second Joint Case Management Statement and Proposed Order to address the issues addressed by the Court at the initial case management conference.

1.  <u>Initial Status Conference and Pleadings</u>

Additionally, the initial case management conference in this case occurred on October 15, 2015. At that conference, the parties discussed their willingness to participate in an ADR session and, based on that discussion and a pre-conference ADR report developed by Court staff after a telephone call with counsel, the Court entered the minutes found in Docket No. 15.

Additionally, the Court set deadlines for the parties to complete an Early Neutral Evaluation ("ENE") session (2/12/2016), to exchange their respective Rule 26 documents (1/29/2016) and to appear at a case management conference (2/25/2016) to report on the ENE session.

In the interim, the Court set this case management conference to insure that the initial pleadings have been filed. Plaintiff filed his amended complaint on September 30, 2015. Defendants filed their answer to Plaintiff's amended complaint on October 26, 2015, and filed their counter-claim on November 12, 2015. Plaintiff will file his response to the counter-claim on or before December 18, 2015.

2.   ADR

At the initial case management conference, this matter was referred to ENE, with the ENE session to be completed by February 12, 2016. Plaintiff has identified three members of the Court's panel that he finds suitable for an ENE. Defendants will suggest two more. The parties anticipate submitting the names of five agreed-upon ENE panel members to the ADR office by November 20, 2015.

Dated: November 13, 2015

_____
Ron U. Lunski
Counsel for Plaintiff Charles Olson

Dated: November 12, 2015

_____
Thomas P. Griffin, Jr.
Counsel for Defendant Gary Atherton and Clear Creek Oaks, LLC

## CASE MANAGEMENT ORDER

The above Joint Case Management Statement is approved and the Court orders as follows:

1.   On or before November 20, 2015, the parties shall provide a list to the Court's ADR office of at least five (5) members of the Court's panel to the ENE;

2.   On or before January 29, 2016, the parties shall exchange the disclosures of information and documentation required by Fed R. Civ. P. 26;

///

3. On or before February 18, 2016, the parties shall file a Joint Case Management Statement (with updated information only); and

4. A further Case Management Conference is set for February 25, 2016, at 11:00 a.m. in Department C, 15th Floor.

IT IS SO ORDERED.

Dated: November 13, 2015



UNITED STATES MAGISTRATE JUDGE

1  **Court:** United States District Court, Central District of California
   **Case No.:** 15-CV-03309
2  **Case Name:** Charles Olson v. Gary Atherton, Clear Creek Oaks, LLC, et al.

3

4  # PROOF OF SERVICE

5  I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

8  On November 12, 2015, I served the following documents:

9  **SECOND JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

10  _X_  **By Mail** on the interested party(ies) in the case above-referenced, by placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a U.S. mailbox in the city of Sacramento, California, after the close of the day's business at the address(es) as set forth below.

Ron U. Lunski                                         *Counsel for Plaintiff*
Lunksi & Stimpert, LLP                                *Charles Olson*
201 Spear Street, Suite 1100
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on November 12, 2015, at Sacramento, California.

_____
Lachmin Singh

Hefner, Stark & Marois, LLP
Sacramento, CA

Olson v. Atherton, et al.
Case No. 15-CV-03309                                    1                                    Proof of Service
K:\Clear Creek Oaks LLC\Nevada County Property (8126-0001)\+ Pleadings\+ pos (to attach).docx